| UNITED STATES DISTRICT COURT | |
|---|---|
| EASTERN DISTRICT OF NEW YORK | |

------------------------------------X

FIAZ AFZAL,

                Plaintiff,

    - against -

FLUSHING HOSPITAL, NEW YORK,

                Defendant.

------------------------------------X

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ APR 11 2016 ★

BROOKLYN OFFICE

MEMORANDUM
AND ORDER
16-CV-1287 (BMC) (RML)

LEVY, United States Magistrate Judge:

On March 11, 2016, *pro se* Plaintiff Fiaz Afzal, a resident of Canada, filed this action alleging employment discrimination against defendant Flushing Hospital located in New York where plaintiff completed his residency in internal medicine in 1996. Upon the direction of the Court, plaintiff submitted an amended complaint that alleges diversity jurisdiction and completely replaces the original complaint.

Plaintiff's request to proceed *in forma pauperis* was granted by Order dated March 22, 2016. The United States Marshals Service is directed to serve the summons and amended complaint upon the defendant without prepayment of fees.

SO ORDERED.

                                              /S/ Judge Robert M. Levy

                                              Robert M. Levy
                                              United States Magistrate Judge

Dated: Brooklyn, New York
       April  11  , 2016